CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 2 5 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonae
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BARUCHYAH BEDEYAH HAWKINS, ) | Civil Action No. 7:15-cv-00382 | |
|    Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| HAROLD W. CLARKE, ) | By: | Hon. Jackson L. Kiser |
|    Respondent. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** pursuant to Rule 4 of the Rules Governing Section 2254 Cases; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This 25th day of August, 2015.

                                                                                      /s/ Jackson L. Kiser
                                                                        Senior United States District Judge